IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PERNELL HAMPTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-389 DRH |
| ) | |
| DR. AMPADU, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Currently pending before the Court is Defendant Ampadu's Motion to Withdraw Affirmative Defense (Doc. 29). In this motion, Defendant Ampadu represents that he is satisfied that Plaintiff exhausted his administrative remedies prior to filing this lawsuit and withdraws the previously-stated affirmative defense. This motion is **GRANTED**.

In light of Defendant Ampadu's withdrawal of the affirmative defense, the evidentiary hearing set for December 15, 2009, is **CANCELED**.

**IT IS SO ORDERED.**

**DATED: December 11, 2009**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**