IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PERNELL L. HAMPTON,**

**Plaintiff,**

**v.**

**DOCTOR AMPADU, et al.,**

**Defendants.**                                                                 **No. 08-389-DRH**

**ORDER**

**HERNDON, Chief Judge:**

Pending before the Court is Plaintiff Pernell L. Hampton's pro se motion to reconsider appointment of counsel (Doc. 28). On March 10, 2009, the Court denied Hampton's request for appointment of counsel finding that "there is no indication that Plaintiff has attempted to obtain counsel or been effectively precluded from doing so. Therefore, Plaintiff's motion for the appointment of counsel is DENIED, without prejudice." (Doc. 10, p.2). Hampton now moves for the Court to reconsider its Order stating that he has made several attempts to obtain counsel from various law firms. The issues in this litigation are sufficiently complicated and the Plaintiff wholly unqualified, based on the Court's examination of his pleadings thus far, to pursue this litigation. Pursuant to ***Pruitt v. Mote*, 503 F.3d 647 (7th Cir. 2007)**, Hampton, who has demonstrated that he made a diligent effort to obtain counsel to represent himself, to no avail, should be appointed counsel and, therefore, the Court **GRANTS** the motion.

The Court **APPOINTS** Peter A. Corsale of the law firm of Gallop,

Johnson & Neuman, 101 South Hanley Rd., Suite 1700, St. Louis, Missouri 63105, (314)615-6000 to represent Hampton in this case only.  Appointed counsel should comply with the undersigned's final pretrial conference procedures found online at http://www.ilsd.uscourts.gov/herndonpretrial.html.  Appointed counsel is also advised that pursuant to the Plan for the Administration of the District Court Fund, out-of-pocket expenses up to the sum of $1,000.00 may be requested and authorized for reimbursement.  In light of the appointment of counsel, the Court advises Hampton that he may not, in the future, file any pleadings pro se in this matter.  All further pleadings should be filed and signed by appointed counsel.

**IT IS SO ORDERED.**

Signed this 29th day of December, 2009.

/s/  *David R Herndon*
**Chief Judge**
**United States District Court**